IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FRANK ROMANO,

        Appellant,

v.

                                             Case No.  5D23-501
                                             LT Case No. 2022-101181-CFDL

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Thomas Butler, of Thomas Butler, P.A.,
Miami Beach,  for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


MAKAR, LAMBERT and HARRIS, JJ., concur.